# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1554

VERSUS

KYLE JEROME ANDERSON

**FEBRUARY 14, 2022**

---

In Re: Kyle Jerome Anderson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 593,531.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** When a defendant enters a counseled plea of guilty, an appellate court will review the quality of counsel's representation in deciding whether the plea should be set aside. See **State v. West,** 2009-2810 (La. 12/10/10), 50 So.3d 148, 149 (*per curiam*). A review of the transcripts and documents attached to the writ application reveals that relator failed to establish (1) that counsel's performance fell below an objective standard of reasonableness under prevailing professional norms or (2) that counsel's inadequate performance prejudiced relator to the extent that the proceedings were rendered unfair and the convictions suspect. See **Strickland v. Washington,** 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). The documents further refute the claims that relator was confused as to the terms of the plea and sentencing agreement and that the court improperly participated in the plea negotiations. Accordingly, the district court did not err by denying the application for postconviction relief.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT